# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE GREGORY, | ) NO. EDCV 07-1692-SVW (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| MICHAEL B. MUKASEY, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections, as extended, has passed and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.[1]

---

[1] The Court also has considered the decision of Tablada v. Thomas, ___ F.3d ___, 2008 WL 2610457 (9th Cir. July 3, 2008), which issued after Report and Recommendation was filed, and finds that it does not alter the correctness of the analysis set forth, or conclusions drawn, in the Report and Recommendation.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/5/09.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE