UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE GREGORY,<br><br>        Petitioner,<br><br>  v.<br><br>MICHAEL B. MUKASEY,<br><br>        Respondent. | NO. EDCV 07-1692-SVW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 2/5/09 .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE